FILED

SEP 1 3 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00095 DLJ (DMR) |
| Plaintiff, | |
| v. | DETENTION ORDER |
| ROGELIO ARROYO-FERNANDEZ, | |
| Defendant. | |

## I. DETENTION ORDER

Defendant Rogelio Arroyo-Fernandez is charged in an indictment with illegal reentry into the United States following deportation in violation of 8 U.S.C. § 1326(a) and (b).  On September 12, 2011, the United States moved for Defendant's detention and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f).  Defendant did not request a full bail study at this time.  Pretrial Services did, however, prepare a criminal record report.  At the September 13, 2011 hearing before this Court, Defendant waived the timing of his right to proffer information at a detention hearing, *see* 18 U.S.C. § 3142(f) (a defendant has the right at a section 3142(f) hearing, with the assistance of counsel, to testify, to present witnesses, to cross-

DETENTION ORDER
CR 11-00095 DLJ (DMR)

1

cc: Copy to parties via ECF, Frances, Pretrial Services, 2 Certified copies to
U.S. Marshal

1   examine adverse witnesses, and to present information by proffer or otherwise), and retained his

2   right to raise any additional relevant information at a later hearing.  The Court notes that

3   Defendant is subject to an immigration detainer issued by Immigration and Customs

4   Enforcement ("ICE").

5       After considering the limited information available to the Court, and the factors set forth

6   in 18 U.S.C. § 3142(g), the Court detains Mr. Arroyo-Fernandez as a serious risk of flight and

7   finds that no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably

8   assure his appearance in this case.  *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*,

9   767 F.2d 1403, 1406 (9th Cir. 1985).

## II.  CONCLUSION

11      The Court detains Mr. Arroyo-Fernandez as a serious flight risk.  Because Defendant

12  waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising

13  relevant information at a later hearing, the Court orders that the hearing may be reopened at

14  Defendant's request at any future time.

15      Mr. Arroyo-Fernandez shall remain committed to the custody of the Attorney General for

16  confinement in a corrections facility separate, to the extent practicable, from persons awaiting or

17  serving sentences or being held in custody pending appeal.  Defendant shall be afforded

18  reasonable opportunity for private consultation with counsel.  On order of a court of the United

19  States or on request of an attorney for the Government, the person in charge of the corrections

20  facility in which Defendant is confined shall deliver Defendant to a United States marshal for the

21  purpose of an appearance in connection with a court proceeding.

22      IT IS SO ORDERED.

25  DATED: September 13, 2011

DONNA M. RYU
United States Magistrate Judge